**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Cannon Technologies, Inc.                                Civil No. 08-6456 (RHK/RLE)

    Plaintiff,                                               **ORDER**

v.

Sensus Metering Systems, Inc.,

    Defendant and Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

    Third-Party Defendant.

_____

Based upon the Stipulation (Doc. No. 82) filed by Defendant and Third-Party Plaintiff Sensus Metering Systems, Inc. ("Sensus") and Third-Party Defendant Vishay Intertechnology, Inc. ("Vishay"), **IT IS ORDERED** that Sensus shall serve and file its memorandum of law and other documents in opposition to Vishay's Motion for Summary Judgment (Doc. No. 76) on or before July 27, 2010.

Dated: July 23, 2010.

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge