## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cannon Technologies, Inc.,

       Plaintiff,

v.

Sensus Metering Systems, Inc.,

       Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

       Third-Party Defendant.

Civ. No. 08-6456 (RHK/RLE)

**ORDER**

This matter is before the Court *sua sponte*.

Plaintiff Cannon Technologies, Inc. ("Cannon") has filed a Motion to Strike certain evidence submitted by Defendant Sensus Metering Systems, Inc. ("Sensus") in support of its Motion for Summary Judgment. In light of the foregoing and the impending hearing date, **IT IS ORDERED** as follows:

1.    Sensus may serve and file a Memorandum in response to the Motion to Strike no later than 12:00 p.m. (noon) on Friday, August 13, 2010. The Memorandum shall be limited to the foregoing issue and shall not exceed five pages *in total*, including any contemporaneously filed affidavits, exhibits, etc. **No further submissions, whether by memorandum, affidavit, letter, or otherwise, shall be permitted in connection**

**with the Motion to Strike**;

2.	The hearing on the pending Motions for Summary Judgment (and the Motion to Strike) is **CONTINUED** by 30 minutes, and will now begin at 8:30 am on Monday, August 16, 2010, in Courtroom 7A of the Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota; and

3.	In light of the extensive briefing that has been submitted in connection with the Motions, the following amounts of time will be allocated for oral argument: on Sensus's Motion, Cannon and Sensus will each have 30 minutes. As Sensus is the moving party, it may divide its time between an opening argument and a rebuttal as it sees fit, but its total argument shall not exceed 30 minutes. On Vishay's Motion, Sensus and Vishay will each have 20 minutes. As Vishay is the moving party, it may divide its time between an opening argument and a rebuttal as it sees fit, but its total argument shall not exceed 20 minutes. No oral argument will be permitted on the Motion to Strike.

Dated: August 10, 2010

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge