# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cannon Technologies, Inc., | Civil No. 08-6456 (RHK/RLE) |
| Plaintiff, | **NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| v. | |
| Sensus Metering Systems, Inc., | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Vishay Intertechnology, Inc., | |
| Third-Party Defendant. | |

---

The above matter is deemed ready for trial before the undersigned as of November 1, 2010, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By October 20, 2010:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>October 26, 2010</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By <u>October 29, 2010</u>: Responses to the Written Objections.

Dated: August 18, 2010

                                                    <u>s/Richard H. Kyle</u>
                                                    RICHARD H. KYLE
                                                    United States District Judge