# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cannon Technologies, Inc.,

        Plaintiff,                        Civ. No. 08-6456 (RHK/LIB)
                                                  **ORDER**

v.

Sensus Metering Systems, Inc.,

        Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

        Third-Party Defendant.

---

The Court having considered Plaintiff's letter request for leave to file a motion for reconsideration (Doc. No. 127), **IT IS ORDERED** that the request is **DENIED**.


Date: September 7, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge