# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cannon Technologies, Inc.,

        Plaintiff,

v.

Sensus Metering Systems, Inc.,

        Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

        Third-Party Defendant.

Civ. No. 08-6456 (RHK/LIB)
**NOTICE OF JURY TRIAL AND ORDER FOR SUBMISSION OF TRIAL MATERIALS**

      A **JURY TRIAL** is scheduled in this action for 9:00 am on Monday, January 10, 2011, before Judge Richard H. Kyle in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.

      The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By December 1, 2010:

(1)    All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2)    Designation and copies of proposed deposition testimony;

(3)    Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By December 10, 2010:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By December 15, 2010: Responses to the Written Objections.

The parties are **DIRECTED** to contact Magistrate Judge Brisbois's chambers to schedule a settlement conference.

Dated: October 1, 2010

            s/Richard H. Kyle
            RICHARD H. KYLE
            United States District Judge