# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cannon Technologies, Inc.,

        Plaintiff,                Civ. No. 08-6456 (RHK/LIB)
                                          **ORDER**

v.

Sensus Metering Systems, Inc.,

        Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

        Third-Party Defendant.

The Court having been advised that Third-Party Defendant Vishay Intertechnology, Inc. ("Vishay") intends to file a Motion in Limine under <u>Daubert v. Merrill Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993), **IT IS ORDERED** as follows:

1.      Vishay shall serve and file its Memorandum in support of its Motion, along with all supporting documents, on or before November 2, 2010;

2.      Defendant/Third-Party Plaintiff Sensus Metering Systems, Inc., shall serve and file its Memorandum in opposition to the Motion, along with all supporting documents, on or before November 22, 2010;

3.      Vishay shall serve and file its Reply Memorandum, if any, along with all supporting documents, on or before December 1, 2010; and

4.      A hearing on the Motion will be held before the undersigned on Friday, December 17, 2010, at 10:00 am in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.

The Court also has been advised that Vishay intends to file at least one additional Motion in Limine.  Any such Motion(s) should be filed in accordance with the deadlines established in the Court's Order for submission of trial materials (Doc. No. 145).

Dated:  October 20, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge