# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cannon Technologies, Inc.,

       Plaintiff,                              Civ. No. 08-6456 (RHK/LIB)
                                                       **ORDER**

v.

Sensus Metering Systems, Inc.,

       Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

       Third-Party Defendant.

**IT IS ORDERED** that Plaintiff Cannon Technologies, Inc. shall serve and file its Memorandum in opposition to Sensus Metering Systems, Inc.'s Motion in Limine (Doc. No. 367), along with all supporting documents, on or before May 3, 2011.

Dated:  April 29. 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge