UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cannon Technologies, Inc.,

        Plaintiff,                    Civ. No. 08-6456 (RHK/LIB)
                                            **ORDER**

v.

Sensus Metering Systems, Inc.,

        Defendant/Third-Party Plaintiff,

v.

Vishay Intertechnology, Inc.,

        Third-Party Defendant.

---

      Plaintiff Cannon's letter request (Doc. No. 385) to file a "Motion to Reconsider a portion of this Court's ruling on Sensus' Motion in Limine to Exclude Cannon's Untimely Document Production and Amended Disclosure" is **DENIED**.

Dated: May 6, 2011

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge